**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/2023
```

# PECHMAN LAW GROUP PLLC
A T T O R N E Y S  A T  L A W

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
WWW.PECHMANLAW.COM

February 17, 2023

**VIA ECF**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Yamada, et al. v. Tokyo Restaurants Factory, Inc., et al.*
No. 22 Civ. 06427 (VEC)

Dear Judge Caproni:

We represent Plaintiffs in the above-referenced action, and submit this joint letter with counsel by Defendants to request a one-week extension of the deadline to submit a fairness letter motion related to the FLSA settlement currently set for February 18, 2023.

The parties have finalized the terms of the settlement agreement and require the one-week extension to allow sufficient time for the parties to execute the agreement. This is the first request of an extension of this deadline.

We thank the Court for its consideration of this matter.

Respectfully submitted,

*s/ Vivianna Morales*

Vivianna Morales

cc: Counsel for Defendants (via ECF)

Application GRANTED.

SO ORDERED.

[signature] Date: 2/21/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE